

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Dee Deidre Farmer | **COURT CASE NUMBER** PWG-21-2506 |
| **DEFENDANT** University of Maryland Global Campus | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
University of Maryland Global Campus
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1616 McCormick Drive, Largo, MD 20774

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Dee Deidre Farmer
2667 Edmondson Avenue
Baltimore, MD 21223

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF  [ ] DEFENDANT
**Dee Farmer** (Digitally signed by Dee Farmer, Date: 2021.10.30 02:23:52 -04'00')
TELEPHONE NUMBER: 443-240-2620
DATE: 10/30/2021

---
**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 037
District to Serve No. 037
Signature of Authorized USMS Deputy or Clerk
Date: 11/4/2021

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [✓] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Date: 11/12/21   Time: [ ] am [ ] pm
Address (complete only different than shown above):
$8.00
Signature of U.S Marshal or Deputy: CB

Costs shown on *attached USMS Cost Sheet* >>

**REMARKS**
- Service sent 11/4/21
- Service Accepted 11/12/21
- Green card returned 11/17/21

FILED _____ ENTERED _____
LODGED _____ RECEIVED _____

NOV 3 2021
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Form USM-285
Rev. 03/21