IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEE DEIDRE FARMER, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. PWG-21-02506 |
| UNIVERSITY OF MARYLAND GLOBAL CAMPUS | * | |
| | * | |
| Defendant | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE ACKNOWLEDGING SERVICE OF COMPLAINT**

      This Line serves to confirm that Defendant the University of Maryland Global Campus was properly served via email to the Maryland Office of the Attorney General's electronic service address on December 13, 2021.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland


_____/s/_____
JENNIFER A. DEROSE
Assistant Attorney General
Federal Bar No. 28374

Office of the Attorney General
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
jderose@oag.state.md.us
(410) 576-6318

Counsel for Defendant
University of Maryland Global Campus

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of December, 2021, a copy of the foregoing Motion to Extend the Time to File a Response to Plaintiff's Complaint was served via United States Mail, upon Plaintiff, pursuant to Fed. R. Civ. P. 5(b)(2)(C).  Plaintiff does not have CM-ECF access.

/s/ *Jennifer A. DeRose*_____
JENNIFER A. DEROSE (FED BAR 28374)